BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KTB OIL CORPORATION

      Plaintiff,

-against-

ORAM TANKER Ltd.

      Defendant.

---

08 Civ. 00584

**ORDER FOR ISSUANCE
OF PROCESS OF
MARITIME ATTACHMENT**

UPON reading the Verified Complaint for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist, it is hereby:

**ORDERED** that the Clerk shall issue Process of Attachment and Garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of US$1,482,201.10 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of Oram Tanker Ltd. by any

MICROFILMED JAN 2 4 2008 -3 00 PM

garnishee within this district, including, <u>inter alia</u>, funds or accounts held in the names of the Defendant with the following financial institutions:

1. Bank of America, N.A.
   c/o Zeighner Ellman & Krause, LLP
   Legal Counsel for Bak of America, N.A.
   575 Lexington Ave., 10th floor
   New York, New York 10022

2. Bank of New York-Mellon
   Civil Legal Process - 19th fl.
   120 Broadway
   New York, New York 10271

3. Citibank, N.A.
   Legal Service Intake Unit
   1 Court Square, 7th fl.
   Long Island City, New York 11120

4. Deutsche Bank Trust Company Americas
   Attn. Legal Dept.
   60 Wall St.
   New York, New York 10005

5. HSBC Bank USA, N.A.
   Attn.: Legal Dept.
   452 Fifth Ave.
   New York, New York 10018

6. JP Morgan Chase Bank, N.A.
   One Chase Manhattan Plaza
   New York, New York 10005

7. UBS AG
   299 Park Ave.
   New York, New York 10171

8. Wachovia Bank, N.A.
   11 Penn Plaza
   New York, New York 10001

9.     Societe Generale
   Attn. Andrea Stempel, Esq.
   1221 Avenue of the Americas
   New York, New York 10020

10.     Standard Chartered Bank
    Attn.: Legal Dept.
    One Madison Ave. 3rd Fl.
    New York, New York 10010

11.     BNP Paribas
    Attn.: Theresa DeLace
    787 7th Ave.
    New York, New York 10019

12.     Calyon Investment Bank
    1301 Avenue of the Americas
    New York, New York 10019

13.     American Express Bank
    c/o Zeighner Ellman & Krause, LLP
    Legal Counsel for Bak of America, N.A.
    575 Lexington Ave., 10th floor
    New York, New York 10022

14.     CommerzBank
    Attn.: Legal Dept.
    2 World Financial Center
    New York, New York 10281

15.     ABN Ambro
    Attn.: Legal Dept.
    55 East 52nd St.
    New York, New York 10055

16.     Bank Leumi USA
    Attn.: Legal Dept.
    562 5th Ave. - 4th fl.
    New York, New York 10036

17. Fortis Financial Groups
    Att.: Legal Dept.
    520 Madison Ave. - 3rd fl.
    New York, New York 10022

18. Banco Popular
    Attn.: Legal Dept.
    120 Broadway - 16th fl.
    New York, New York 10271

19. Bank of Tokyo-Mitsubishi UFJ Ltd.
    Attn.: Legal Dept.
    1251 Avenue of the Americas
    New York, New York 10020

20. Bank of India
    277 Park Ave., 1st fl.
    New York, New York 10172

21. State Bank of India
    460 Park Avenue
    New York, New York 10022

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including US$1,482,201.10, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the Process of Maritime Attachment and Garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the

4

Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by the way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the Process of Attachment and Garnishment may be served by any person, who is not less than 18 years old, and who is not a party to the action.

Dated: New York, New York
        January 23, 2008

SO ORDERED

_____
U.S.D.J.