CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KTB OIL CORPORATION

                       Plaintiff,                         08-CV-00584

               v.                                       **NOTICE OF APPEARANCE**

ORAM TANKER Ltd.

                      Defendants.

-----------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 14, 2008

                                                    CLARK, ATCHESON & REISERT
                                                    Attorneys for Garnishee
                                                    Societe Generale New York Branch

By:               */s/ Richard J. Reisert*

                                                    Richard J. Reisert (RR-7118)
                                                    7800 River Road
                                                    North Bergen, NJ 07047
                                                    Tel: (201) 537-1200
                                                    Fax: (201) 537-1201
                                                    Email: reisert@navlaw.com