27/06/2008  15:15    41-227004840    POLE SHIPPING SA    PAGE  01/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
KTB OIL CORPORATION.,

                Plaintiff,

- against -

ORAM TANKER LTD.

                Defendant.
----------------------------------------------------------x

Case No. 08 Civ 00584 (LAP)

DECLARATION OF
_____

I, Dae-Kyun, Jeong, declare as follows under penalty of perjury:

1. I am the representative(director) of Oram Marine Co. Ltd., I submit this declaration in support of the application of Bauche Energy for an order vacating the attachment of funds which are being held by BNP Paribas SA New York due to an Order of Attachment in this action dated January 24, 2008. I am personally familiar with the facts contained herein.

2. I was asked by attorneys for Bauche Energy SA to perform to confirm from corporate records in Korea the corporate existence of the following entities: "Oram Marine Co., Ltd.," "Oram Tanker Ltd., and "Oram Tankers Ltd.

3. Attached as Exhibit 1 is a true and correct copy of the Certificate of Business Registration for Oram Marine Co., Ltd. Attached as Exhibit 2 is a true and correct copy of the Certificate of Business Registration for Oram Tanker Ltd. I found no Certificate of Business Registration of Oram Tankers Ltd. And there is no such company in our group. As shown by the certificates Oram Marine Co., Ltd. and Oram Tanker Ltd. are separate companies organized under the laws of Korea.

{NY87460/1.1}

27/06/2008  15:15   41-227004840                    POLE SHIPPING SA                    PAGE  02/02

4.  All Korean companies are required to provide their banking details in their Certificate of Business Registration. As can be seen from Exhibit 1, the bank account of Oram Marine Co., Ltd. is account number 650-006485-917 at Korean Exchange Bank, Seodaemun Branch. As can be seen from Exhibit 2, the bank account of Oram Tanker Ltd. is account number 650-005923-011 at the same bank.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Korea on June 27th, 2008.

_____
D. K JEONG – DIRECTOR

{NY074X01.1}

# EXHIBIT 1

(1/1)

| | | | |
|---|---|---|---|
| 발급번호<br>Issuance number | **사업자등록증명**<br>**Certificate of Business Registration** | | 처리기간<br>Processing period |
| T713-440-6383-203 | | | 즉시<br>Immediately |

| | |
|---|---|
| 상 호(법인명)<br>Name of company | 오람마린 주식회사<br>ORAM MARINE CO., LTD |
| 사업자등록번호<br>Business registration number | 101-86-39670 |
| 성 명(대표자)<br>Name of representative | 정대균<br>Jeong Dae Kyun |
| 주민(법인)등록번호<br>Resident(Corporation) registration number | 110111-3888009 |
| 사업장소재지<br>Address | 서울 종로 수송 146-1<br>이마빌딩801호<br><br>146-1, Susong-dong,<br>Jongno-gu, Seoul, Korea |
| 개 업 일<br>Date of business commencement | 2008년(Year) 5월(Month) 10일(Day) |
| 사업자등록일<br>Date of business registration | 2008년(Year) 5월(Month) 14일(Day) |
| 업 태<br>Business type | 서비스<br>Rent and Lease of Real Estate |
| 종 목<br>Business Item | 선박임대<br>Other Renting of Transport Equipment n.e.c. |
| 공동 사업자<br>Joint business owner | 성 명(법인명) / 주민(사업자)등록번호<br>Name(Name of company) / Resident(Business) registration No.<br>해당사항 없습니다. (NO DATA) |

| | | |
|---|---|---|
| 접수번호<br>Receipt No. | 67051 | 위와 같이 증명합니다.<br>We hereby certify the above.<br><br>2008년 6월 3일<br>Year Month Day<br><br>종로세무서장<br>Director of Jongno District Tax Office (Stamp) |
| 담당부서<br>Department | 민원봉사실<br>Taxpayer Service Center | |
| 담당자<br>Staff in Charge | 문상영<br>Mun Sang Young | |
| 연락처<br>Telephone No. | 02)760-9225 | |





* 본 증명은 국세청 홈택스(www.hometax.go.kr)에서 「민원증명 인터넷 확인」 메뉴를 통해 문서발급번호로 위·변조 여부를 확인하거나, 문서 하단의 바코드로 확인해 주십시오. 다만 문서발급번호를 통한 확인은 발급일로부터 90일까지 가능합니다.
* 본 증명은 세무서 민원봉사실에서 발급한 증명서이며, 국세청 홈택스를 통해서도 발급 받으실 수 있습니다.
* This certificate is issued as requested by taxpayer's representative, LEE HWA SEOB.




# EXHIBIT 2

(1 / 1)

| 반급번호<br>Issuance number | 사업자등록증명<br>Certificate of Business Registration | 처리기간<br>Processing period |
|---|---|---|
| T511-369-4767-390 | | 즉시<br>Immediately |

| 상 호(법인명)<br>Name of company | 오람탱커주식회사<br>Oram Tanker Ltd. |
|---|---|
| 사업자등록번호<br>Taxpayer identification number | 101-81-65800 |
| 성 명(대표자)<br>Name of representative | 정대균<br>Jeong Dae Kyun |
| 주민(법인)등록번호<br>Resident(Corporation) registration number | 110111-2131459 |
| 사업장소재지<br>Address | 서울 종로 수송 146-1<br>루미나빌딩 801<br>801, LUMINA B/D,<br>146-1, Susong-dong,<br>Jongno-gu, Seoul, Korea |
| 개 업 일<br>Date of business commencement | 2000년(Year) 12월(Month) 25일(Day) |
| 사업자등록일<br>Date of business registration | 2000년(Year) 12월(Month) 28일(Day) |
| 업 태<br>Business type | 서비스/서비스<br>Transport/Transport |
| 종 목<br>Business item | 해상화물운송업<br>Coastal Water Freight Transport, Oceangoing Foreign Passenger or Freight Transport<br>해운중개업<br>Freight Transport Arrangement |

| | 성 명(법인명)<br>Name(Name of company) | 주민(사업자)등록번호<br>Resident(Taxpayer) registration No. |
|---|---|---|
| 공동 사업자<br>Joint business owner | 해당사항 없습니다. (NO DATA) | |

| 접수번호<br>Receipt No. | 46618 |
|---|---|
| 담당부서<br>Department | 민원봉사실<br>Taxpayer Service Center |
| 담당자<br>Staff in Charge | 김성향 |
| 전화처<br>Telephone No. | 02)760-9226 |

위와 같이 증명합니다.
We hereby certify the above.

2008년 4월 8일
Year Month Day

종로세무서장
Director of Jongno District Tax Office (Stamp)


국세청



* 본 증명은 국세청 홈택스(www.hometax.go.kr)에서 『민원증명 인터넷 확인』 메뉴를 통해 문서발급번호로 위·변조 여부를 확인하거나, 문서 하단의 바코드로 확인해 주십시오. 다만 문서발급번호를 통한 확인은 발급일로부터 90일까지 가능합니다.
* 본 증명은 세무서 민원봉사실에서 발급한 증명서이며, 국세청 홈택스를 통해서도 발급 받을 수 있습니다.



