# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY STREET, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7517

July 2, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

*Via Facsimile*
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
Room 1320
New York, New York 10007

        Re:    KTB Oil Corporation v. Oram Tanker Ltd.
                   Case No.: 08-CV-00584 (LAP)
                   Our File No. 136.0013

Dear Judge Preska:

      As counsel for Bauche Energy S.A. ("Bauche") we write to withdraw: (1) its motion for reconsideration of its motion to vacate the attachment herein; and (2) its motion for an Order directing plaintiff KTB Oil to post a bond to cover Bauche's damages, in the event plaintiff's claims and/or attachment are ultimately found to be without merit.

      Bauche continues to try to resolve matters in Korea and will in due course claim its losses and its legal fees expended in this action, via London arbitration under its charter party. Again, our thanks to Your Honor for making the time to determine this matter.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
July 3, 2008
CC: Mary T. Reilly, Esq.

Very truly yours,

HILL, BETTS & NASH LLP
*/s/ James D. Kleiner*
James D. Kleiner

Via Fax.  Betancourt, Van Hemmen, Greco & Kenyon LLC
            Attention: Jeanne-Marie D. Van Hemmen, Esq.

{NY075019.2 }

FLORIDA

601 BRICKELL KEY DRIVE
COURVOISIER CENTRE II, SUITE 500
MIAMI, FL 33131-2699
(786) 425-9900 · FAX: (786) 425-9090