BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie D. Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KTB OIL CORPORATION                                         08 Civ. 00584 (LAP)

       Plaintiff,

       -against-

ORAM TANKER Ltd. and

ORAM MARINE Co. Ltd.

       Defendants.
_____X

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

    Jeanne-Marie Van Hemmen hereby declares and says that she is over the age of eighteen (18) years and is not a party to this action and that on January 30, 2008, she served, by sending via Federal Express, a true copy of the Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment and Garnishment and Process of Maritime Attachment and Garnishment on the Defendant Oram Tanker Ltd. at the following address:

        Oram Tanker Ltd.
        Leema Bldg. 10 Floor
        146-1 Susong Dong
        Chongro Ku, 110755, Korea

    Attached hereto is a true copy of the Federal Express delivery receipt with the signature of Mr. Park Yoo Mi, evidencing receipt of the package.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

                                              Jeanne-Marie D. Van Hemmen

FedEx Express     U.S. Mail: PO Box 727     Telephone 901-369-3600
Customer Support     Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



July 07, 2008

CAROL HAIMOWITC
(732) 530-9536

Dear CAROL HAIMOWITC:

Our records reflect the following delivery information for the shipment with the tracking number 842051085811.

Delivery Information:

    Signed For By:     .PARK YOO MI

                           박유미.

    Delivered to:     LEEMA BLDG 8F

    Delivery Date:     February 04, 2008

    Delivery Time:     05:02 PM

                   Shipping Information:

Shipment Reference Information: KTE OIL

| | | | |
|---|---|---|---|
| Tracking No: | 842051085811 | Ship Date: | January 30, 2008 |
| Shipper: | J VAN HEMMEN<br>BETANCRT VANHEMEN<br>GRECO KENYON<br>114 MAPLE AVE<br>RED BANK, NJ 07701 716<br>US | Recipient: | ORAM TANKER<br>ORAM TANKER LTD<br>LEEMA BLDG 10 FLOOR<br>146-1 SUSONG DONG<br>CHONGRO KU, 110755<br>KR |

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20080707005037429 3

This Information is provided subject to the FedEx Service Guide.