BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

KTB OIL CORPORATION                                    08 Civ. 00584 (LAP)

            Plaintiff,

            -against-

ORAM TANKER Ltd. and

ORAM MARINE Co. Ltd.

            Defendants.
———————————————————X

## REQUEST FOR ENTRY OF DEFAULT

Dear Clerk:

        Please enter default against defendant Oram Tanker Ltd. for failure to plead or otherwise

defend this action as provided by the Federal Rules of Civil Procedure.  This request is made

pursuant to Fed. R. Civ. P. 55(a) and is supported by the accompanying Attorney's Affidavit in

Support of Default.

Dated: July 23, 2008

                        ———————————————————
                        Jeanne-Marie D. Van Hemmen (JV-6414)
                        Attorneys for Plaintiff
                        Betancourt, Van Hemmen, Greco & Kenyon LLC
                        46 Trinity Place.
                        New York, NY 10006
                        (212) 297-0050

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

KTB OIL CORPORATION                                08 Civ. 00584 (LAP)

        Plaintiff,                                   **AFFIDAVIT IN**
                                                   **SUPPORT OF ENTRY OF**
    -against-                                      **DEFAULT**

ORAM TANKER Ltd. and

ORAM MARINE Co. Ltd.

        Defendants.

———————————————————————X

STATE OF NEW JERSEY    )
                       ) ss:
COUNTY OF MONMOUTH)

      Jeanne-Marie D. Van Hemmen, being duly sworn, deposes and says:

      1.    I am a member of the firm of Betancourt, Van Hemmen, Greco & Kenyon LLC,

attorneys for plaintiff KTB Oil Corporation ("KTB"), and I am duly admitted to practice before

the United States District Court of the Southern District of New York.

      2.    I make this affidavit pursuant to Federal Rule of Civil Procedure 55(a) and Local

Civil Rules for the Southern District of New York 55.1, in support of plaintiff's application for

the entry of default against defendant Oram Tanker Ltd. ("Defendant").

      3.    This is an action to recover money owed by Defendant to plaintiff for the

provision of marine bunker fuels by plaintiff to vessels operated by Defendant.

4.    Jurisdiction over the subject matter of this action is based on 28 U.S.C. § 1333. Plaintiff's claims are maritime and admiralty claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

5.    This action was commenced on January 23, 2008 by the filing of the Summons and Complaint. The Complaint sought an Order and Process of Attachment and Garnishment pursuant to Supplemental Admiralty Rule B of the Fed. R. Civ. P.

6.    The Court issued an Order and Process of Attachment and Garnishment (referred to herein collectively as "Process") on January 24, 2008. Attached as Exhibit A is a copy of the Order. Attached as Exhibit B is a copy of the Process of Attachment and Garnishment.

7.    Process was served by hand on various garnishees, including Bank of New York - Mellon, JP Morgan Chase Bank, N.A., HSBC Bank USA, N.A., Deutsche Bank Trust Company Americas, and BNP Paribas ("Banks") on January 24 and 25, 2008. The affidavits of service of Harrison Haimowitz attesting to his personal service of Process on the Banks is attached as Exhibit C.

8.    Thereafter, in accordance with the Order and on agreement with the Banks, I arranged for my office to serve Process on the Banks daily by electronic means . In particular,

- My office served Process electronically on the Bank of New York - Mellon on January 28, 2008. Attached as Exhibit D is the fax cover sheet that accompanied the Process and the facsimile transmission verification form generated by the service. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $27,383.87 belonging to the Defendant.

- My office served Process electronically on JP Morgan Chase Bank N.A. on January 28, 2008. Attached as Exhibit E is the fax cover sheet that accompanied the Process and the facsimile transmission verification form generated by the service. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $40,000 belonging to Defendant.

- My office served Process electronically on JP Morgan Chase Bank N.A. on January 29, 2008. Attached as Exhibit F is the fax cover sheet that accompanied the Process and the facsimile transmission verification form generated by the service. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $70,568.60 belonging to the Defendant.

- My office served Process electronically on HSBC Bank USA, N.A., on April 3, 2008. Attached as Exhibit G is the fax cover sheet that accompanied the Process and the facsimile transmission verification form generated by the service. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $4,815.83 belonging to the Defendant.

- My office served Process electronically on JP Morgan Chase Bank N.A., on April 9, 2008. Attached as Exhibit H is the fax cover sheet that accompanied the Process and the facsimile transmission verification form generated by the service. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $6,000 belonging to the Defendant.

- I served Process electronically on Deutsche Bank Trust Co. on April 30, 2008. Attached as Exhibit I is a copy of the email forwarding the Process to Deutsche Bank. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $82,501.81 belonging to the Defendant.

- I served Process electronically on BNP Paribas on June 12, 2008. Attached as Exhibit J is a copy of the email forwarding the Process to BNP Paribas. Later that day, we were informed that the Process was effective in garnishing a wire transfer in the amount of $206,117.38.

9.   I mailed the Complaint, Summons, and Process to Defendant Oram Tanker Ltd. by federal express and received a return receipt evidencing Oram Tanker's actual receipt of the documents. Attached as Exhibit K is a copy of Federal Express' return receipt issued in connection with its delivery of those documents to Oram Tanker Ltd.

10.  In addition, I gave Oram Tanker Ltd. prompt notice of each attachment in accordance with Local Admiralty Rule B.2.

11.  Oram Tanker Ltd. being a corporate person is not an infant, is not incompetent, and is not in the military.

**WHEREFORE,** Plaintiff respectfully requests entry of Default against Defendant Oram

Tanker Ltd.

Jeanne-Marie D. Van Hemmen (JV 6414)

Sworn to before me this
22nd day of July, 2008

Notary Public

Carol Haimowitz
Notary Public
My Commission Expires
May 3, 2011

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KTB OIL CORPORATION                                    08 Civ.00584
        Plaintiff,

                                         **CERTIFICATION OF SERVICE**

    -against-

ORAM TANKER Ltd.

        Defendant.
_____X

       HARRISON HAIMOWITZ, under penalties of perjury certifies that the following is true:

    i.     I am not a party to this action, am over eighteen years of age and I am an agent of the law firm Betancourt, Van Hemmen, Greco & Kenyon LLC attorneys for the Plaintiff, KTB Oil Corporation.

    ii.    On January 25, 2008, I caused a true copy of the Order for Issuance of Process of Maritime Attachment, Process of Attachment and Garnishment Interrogatories, Summons and Complaint to be served by hand upon the parties listed on the attached service list.

Dated: New York, New York
       January 25, 2008

                                         _____
                                       Harrison Haimowitz



**SERVICE LIST**

| | |
|---|---|
| Wachovia Bank, N.A.<br>1755 Broadway<br>New York, New York 10001 | Standard Chartered Bank<br>One Madison Ave. 3rd Fl.<br>New York, New York 10010 |
| UBS AG<br>101 Park Ave.<br>New York, New York 10171 | HSBC Bank USA, N.A.<br>452 Fifth Ave.<br>New York, New York 10018 |
| BNP Paribas<br>787 7th Ave.<br>New York, New York 10019 | |

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————X

| | |
|---|---|
| KTB OIL CORPORATION<br>        Plaintiff, | 08 Civ.00584 |
| | **CERTIFICATION OF SERVICE** |
|     -against- | |
| ORAM TANKER Ltd. | |
|         Defendant. | |

—————————————————————X

HARRISON HAIMOWITZ, under penalties of perjury certifies that the following is true:

i.      I am not a party to this action, am over eighteen years of age and I am an agent of the law firm Betancourt, Van Hemmen, Greco & Kenyon LLC attorneys for the Plaintiff, KTB Oil Corporation.

ii.      On January 24, 2008, I caused a true copy of the Order for Issuance of Process of Maritime Attachment, Process of Attachment and Garnishment and Interrogatories to be served by hand upon the parties listed on the attached service list.

Dated: New York, New York
        January 24, 2008

_____
Harrison Haimowitz

**SERVICE LIST**

| | |
|---|---|
| Bank of America, N.A.c/o Zeighner Ellman & Krause, LLP<br>Legal Counsel for Bank of America, N.A.<br>575 Lexington Ave., 10th floor<br>New York, New York 10022 | Bank of America, N.A.c/o Zeighner Ellman & Krause, LLP<br>Legal Counsel for American Express Bank<br>575 Lexington Ave., 10th floor<br>New York, New York 10022 |
| Bank of New York-Mellon<br>Civil Legal Process - 19th fl.<br>120 Broadway<br>New York, New York10271 | ABN Ambro<br>55 East 52nd St.<br>New York, New York 10055 |
| Bank of Tokyo-Mitsubishi UFJ Ltd.<br>1251 Avenue of the Americas<br>New York, New York 10020 | Societe Generale<br>1221 Avenue of the Americas<br>New York, New York 10020 |
| Deutsche Bank Trust Company Americas<br>60 Wall St.<br>New York, New York 10005 | JP Morgan Chase Bank, N.A.<br>One Chase Manhattan Plaza<br>New York, New York 10005 |
| CommerzBank<br>2 World Financial Center<br>New York, New York 10281 | |

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 00584

08 Civ. _____

_____

KTB OIL CORPORATION

    Plaintiff,

        -against-

ORAM TANKER Ltd.

        Defendant.

_____

**ORDER FOR ISSUANCE
OF PROCESS OF
MARITIME ATTACHMENT**

UPON reading the Verified Complaint for issuance of Process of Maritime Attachment and

Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and

papers submitted in support thereof, and the Court finding that the conditions for an action under

Supplemental Rule B appear to exist, it is hereby:

**ORDERED** that the Clerk shall issue Process of Attachment and Garnishment pursuant to

Supplemental Rule B as prayed for in the Verified Complaint in the amount of US$1,482,201.10

against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds,

credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights,

charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by,

being held for or on behalf of, or being transferred for the benefit of Oram Tanker Ltd. by any

garnishee within this district, including, <u>inter alia</u>, funds or accounts held in the names of the

Defendant with the following financial institutions:

1.  Bank of America, N.A.
    c/o Zeighner Ellman & Krause, LLP
    Legal Counsel for Bak of America, N.A.
    575 Lexington Ave., 10th floor
    New York, New York 10022

2.  Bank of New York-Mellon
    Civil Legal Process - 19th fl.
    120 Broadway
    New York, New York 10271

3.  Citibank, N.A.
    Legal Service Intake Unit
    1 Court Square, 7th fl.
    Long Island City, New York 11120

4.  Deutsche Bank Trust Company Americas
    Attn. Legal Dept.
    60 Wall St.
    New York, New York 10005

5.  HSBC Bank USA, N.A.
    Attn.: Legal Dept.
    452 Fifth Ave.
    New York, New York 10018

6.  JP Morgan Chase Bank, N.A.
    One Chase Manhattan Plaza
    New York, New York 10005

7.  UBS AG
    299 Park Ave.
    New York, New York 10171

8.  Wachovia Bank, N.A.
    11 Penn Plaza
    New York, New York 10001

9.      Societe Generale
        Attn. Andrea Stempel, Esq.
        1221 Avenue of the Americas
        New York, New York 10020

10.     Standard Chartered Bank
        Attn.: Legal Dept.
        One Madison Ave. 3rd Fl.
        New York, New York 10010

11.     BNP Paribas
        Attn.: Theresa DeLace
        787 7th Ave.
        New York, New York 10019

12.     Calyon Investment Bank
        1301 Avenue of the Americas
        New York, New York 10019

13.     American Express Bank
        c/o Zeighner Ellman & Krause, LLP
        Legal Counsel for Bak of America, N.A.
        575 Lexington Ave., 10th floor
        New York, New York 10022

14.     CommerzBank
        Attn.: Legal Dept.
        2 World Financial Center
        New York, New York 10281

15.     ABN Ambro
        Attn.: Legal Dept.
        55 East 52nd St.
        New York, New York 10055

16.     Bank Leumi USA
        Attn.: Legal Dept.
        562 5th Ave. - 4th fl.
        New York, New York 10036

3

17.     Fortis Financial Groups
        Att.: Legal Dept.
        520 Madison Ave. - 3rd fl.
        New York, New York 10022

18.     Banco Popular
        Attn.: Legal Dept.
        120 Broadway - 16th fl.
        New York, New York 10271

19.     Bank of Tokyo-Mitsubishi UFJ Ltd.
        Attn.: Legal Dept.
        1251 Avenue of the Americas
        New York, New York 10020

20.     Bank of India
        277 Park Ave., 1st fl.
        New York, New York 10172

21.     State Bank of India
        460 Park Avenue
        New York, New York 10022

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including US$1,482,201.10, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the Process of Maritime Attachment and Garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the

4

Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by the way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said Process of Maritime Attachment and Garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the Process of Attachment and Garnishment may be served by any person, who is not less than 18 years old, and who is not a party to the action.

Dated: New York, New York
         January _23_, 2008

SO ORDERED

_Loretta a Presk_

U.S.D.J.

5

BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff KTB OIL CORPORATION
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

```
USDC SDNY
DOCUMENT
███████████          FILED
DOC #:
DATE FILED: 1/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KTB OIL CORPORATION

                    Plaintiff,

          -against-

ORAM TANKER Ltd.

                    Defendant.

08 Civ. _____ ( )

**PROCESS OF ATTACHMENT AND
GARNISHMENT**

---

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF THE
SOUTHERN DISTRICT OF NEW YORK (OR DESIGNATED PROCESS SERVER)**

**GREETINGS**:

  **WHEREAS** a Verified Complaint has been field in the United States District Court for the

Southern District of New York on the 23rd day of January, 2008, by KTB Oil Corporation, Plaintiff,

against Oram Tanker Ltd., Defendant, in a certain action for breach of maritime contract wherein it

is alleged that there is due and owing from Defendant to Plaintiff the amount of US$1,482,201.10

and praying for Process of Maritime Attachment and Garnishment against the Defendant, and for

the attachment of the goods and chattels of said Defendant;

  **NOW, THEREFORE**, we do hereby empower and strictly charge and command you, the

said Marshal (or designated process server), to cite and admonish the said Defendant, if it shall be

found in your district, to appear before the said District Court, at the U.S. District Courthouse for

the Southern District of New York, New York, New York, that you attach the goods and chattels in

this District of Oram Tanker Ltd. to the amount sued for, in the hands of garnishees in this District,

specifically including, but not limited to, tangible or intangible assets alleged to be in the possession

of the following garnishees:

1.  Bank of America, N.A.
    c/o Zeighner Ellman & Krause, LLP
    Legal Counsel for Bak of America, N.A.
    575 Lexington Ave., 10th floor
    New York, New York 10022

2.  Bank of New York-Mellon
    Civil Legal Process - 19th fl.
    120 Broadway
    New York, New York

3.  Citibank, N.A.
    Legal Service Intake Unit
    1 Court Square, 7th fl.
    Long Island City, New York 11120

4.  Deutsche Bank Trust Company Americas
    Attn. Legal Dept.
    60 Wall St.
    New York, New York 10005

5.  HSBC Bank USA, N.A.
    Attn.: Legal Dept.
    452 Fifth Ave.
    New York, New York

6.  JP Morgan Chase Bank, N.A.
    One Chase Manhattan Plaza
    New York, New York 10081

7.  UBS AG
    299 Park Ave.
    New York, New York 10017

8.  Wachovia Bank, N.A.
    11 Penn Plaza

New York, New York 10001

9.    Societe Generale
      Attn. Andrea Stempel, Esq.
      1221 Avenue of the Americas
      New York, New York 10020

10.   Standard Chartered Bank
      Attn.: Legal Dept.
      One Madison Ave. 3rd Fl.
      New York, New York 10010

11.   BNP Paribas
      Attn.: Theresa DeLace
      787 7th Ave.
      New York, New York 10019

12.   Calyon Investment Bank
      1301 Avenue of the Americas
      New York, New York

13.   American Express Bank
      c/o Zeighner Ellman & Krause, LLP
      Legal Counsel for Bak of America, N.A.
      575 Lexington Ave., 10th floor
      New York, New York 10022

14.   CommerzBank
      Attn.: Legal Dept.
      2 World Financial Center
      New York, New York 10281

15.   ABN Ambro
      Attn.: Legal Dept.
      55 East 52nd St.
      New York, New York 10055

16.   Bank Leumi USA
      Attn.: Legal Dept.
      562 5th Ave. - 4th fl.
      New York, New York 10036

17.    Fortis Financial Groups
       Att.: Legal Dept.
       520 Madison Ave. - 3rd fl.
       New York, New York 10022

18.    Banco Popular
       Attn.: Legal Dept.
       120 Broadway - 16th fl.
       New York, New York

19.    Bank of Tokyo-Mitsubishi UFJ Ltd.
       Attn.: Legal Dept.
       1251 Avenue of the Americas
       New York, New York 10020

20.    Bank of India
       277 Park Ave., 1st fl.
       New York, New York

21.    State Bank of India
       460 Park Avenue
       New York, New York 10022

and if no goods and chattels can be found, that you attach the debts, credits and effects of Oram

Tanker Ltd. to the amount sued for, in the hands of garnishees named in the Verified Complaint as

may be found.

You are also directed to notify the said garnishees that:

(1)    A foreign attachment has been commenced against the Defendant Oram Tanker Ltd.;

(2)    The garnishee is required to file in the office of the Clerk of the United States District

       Court for the Southern District of New York within twenty (20) days from the service

       of this Process, a report, under oath setting forth in detail all debts owing by the

       garnishee to the Defendant in the possession, custody or control of the garnishee or

       to which the garnishee holds legal title; all property which is held by the garnishee

       as fiduciary in which the Defendant Oram Tanker Ltd. has an interest; and whether

any property attached is immune or exempt from attachment; and

(3)     The garnishee is enjoined from paying any debt to or for the account of Defendant,

and from delivering any property owned by the Defendant to or for the account of the

Defendant or otherwise disposing thereof:

(4)     The garnishee is required to promptly forward to Defendant, by any form of mail

requiring a return receipt, a copy of this Process, a copy of the Verified Complaint,

and a copy of the Summons.

**Amount of Plaintiff's claim: US$ 1,482,201.10, including estimated interest, expenses and attorneys' fees.**

Clerk

By: _J. Michael McMahon_          _1/24/08_
     Deputy Clerk                              Date

Jeanne-Marie D. Van Hemmen (JV 6414)
Betancourt, Van Hemmen, Greco & Kenyon LLC
46 Trinity Place
New York, New York 10006
Tele: (212) 297-0050
Fax: (732) 530-9536
Attorneys for Plaintiff

# BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

**46 Trinity Place**
**New York, New York 10006**
**TELEPHONE: (212) 957-0050**
**TELECOPIER: (732) 530-9536**

## TELEFAX TRANSMITTAL

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENTS LISTED BELOW: | TELECOPY NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| 1. Deutsche Bank Maritime Unit | 646-502-4225 | |
| 2. Robin Monaco/ Bank of NY Mellon | 212-693-5041 | |
| 3. Patricia McElveen/ ABN Ambro | 212-409-7303 | |
| 4. Teresa Goldberg/JP Morgan Chase | 917-464-8069 | |
| 5. John Cyna/HSBC | 212-382-7593 | |

**FROM:**    Jeanne-Marie Van Hemmen, Esq.        **CLIENT/MATTER:**    KTB Oil

**DATE:**    **January 28, 2008**                **PAGES (including cover):** _11_

**RE:**    <u>Maritime Attachment</u>

Please see attached.



### IF YOU HAVE NOT PROPERLY RECEIVED THIS TELEFAX
### PLEASE CALL US AT (732) 530-4646

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 01/28/2008 08:23
                                    NAME : BVGK
                                    FAX  : 7325309536
                                    TEL  : 7325304646
```

```
DATE,TIME              01/28  08:20
FAX NO./NAME           12126935041
DURATION               00:02:18
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

**46 Trinity Place**
**New York, New York 10006**
**TELEPHONE: (212) 957-0050**
**TELECOPIER: (732) 530-9536**

## TELEFAX TRANSMITTAL

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENTS LISTED BELOW: | | TELECOPY NUMBER: | TELEPHONE NUMBER: |
|---|---|---|---|
| 1. | Deutsche Bank Maritime Unit | 646-502-4225 | |
| 2. | Robin Monaco/ Bank of NY Mellon | 212-693-5041 | |
| 3. | Patricia McElveen/ ABN Ambro | 212-409-7303 | |
| 4. | Teresa Goldberg/JP Morgan Chase | 917-464-8069 | |
| 5. | John Cyna/HSBC | 212-382-7593 | |

**FROM:**    Jeanne-Marie Van Hemmen, Esq.      **CLIENT/MATTER:**    KTB Oil

**DATE:**    **January 28, 2008**      **PAGES (including cover):** __11__

**RE:**    Maritime Attachment

Please see attached.



---

### IF YOU HAVE NOT PROPERLY RECEIVED THIS TELEFAX
### PLEASE CALL US AT (732) 530-4646

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                      TIME : 01/28/2008 08:41
                                      NAME : BVGK
                                      FAX  : 7325309536
                                      TEL  : 7325304646
```

```
DATE,TIME              01/28  08:39
FAX NO./NAME           19174648069
DURATION               00:02:16
PAGE(S)                11
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

**46 Trinity Place**
**New York, New York 10006**
**TELEPHONE: (212) 957-0050**
**TELECOPIER: (732) 530-9536**

---

## TELEFAX TRANSMITTAL

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENTS LISTED BELOW: | TELECOPY NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| 1.   Deutsche Bank Maritime Unit | 646-502-4225 | |
| 2.   Robin Monaco/ Bank of NY Mellon | 212-693-5041 | |
| 3.   Patricia McElveen/ ABN Ambro | 212-409-7303 | |
| 4.   Teresa Goldberg/JP Morgan Chase | 917-464-8069 | |
| 5.   John Cyna/HSBC | 212-382-7593 | |

**FROM:**  Jeanne-Marie Van Hemmen, Esq.     **CLIENT/MATTER:**  KTB Oil

**DATE:**  **January 29, 2008**     **PAGES (including cover):**  _11_

**RE:**  <u>Maritime Attachment</u>

Please see attached.



---

### IF YOU HAVE NOT PROPERLY RECEIVED THIS TELEFAX
### PLEASE CALL US AT (732) 530-4646

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 01/29/2008 08:52
                                    NAME : BVGK
                                    FAX  : 7325309536
                                    TEL  : 7325304646
```

```
        DATE,TIME              01/29  08:49
        FAX NO./NAME           19174648069
        DURATION               00:02:15
        PAGE(S)                11
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

# BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

**46 Trinity Place**
**New York, New York 10006**
**TELEPHONE: (212) 957-0050**
**TELECOPIER: (732) 530-9536**

---

### TELEFAX TRANSMITTAL

---

### PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENTS LISTED BELOW: | TELECOPY NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| 1.   Deutsche Bank Maritime Unit | 646-502-4225 | |
| 2.   Robin Monaco/ Bank of NY Mellon | 212-693-5041 | |
| 3.   Kathy Wilson-Banco Popular | 847-994-5449 | |
| 4    Patricia McElveen/ ABN Ambro | 212-409-7303 | |
| 5    Teresa Goldberg/JP Morgan Chase | 917-464-8069 | |
| 6.   John Cyna/HSBC | 212-382-7593 | |
| 7.   Bank of China - Maritime Attachments | 212-832-5953 | |

**FROM:**    Jeanne-Marie Van Hemmen, Esq.          **CLIENT/MATTER:**    KTB Oil

**DATE:**    **April 3, 2008**                              **PAGES (including cover):**  _12_

**RE:**    <u>Maritime Attachment</u>

Please see attached.



---

### IF YOU HAVE NOT PROPERLY RECEIVED THIS TELEFAX
### PLEASE CALL US AT (732) 530-4646

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
TIME : 04/03/2008 07:34
NAME : BVGK
FAX  : 7325309536
TEL  : 7325304646
```

```
DATE,TIME          04/03  07:32
FAX NO./NAME       12123827593
DURATION           00:02:39
PAGE(S)            11
RESULT             OK
MODE               STANDARD
                   ECM
```

# BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

**46 Trinity Place**
**New York, New York 10006**
**TELEPHONE: (212) 957-0050**
**TELECOPIER: (732) 530-9536**

---

### TELEFAX TRANSMITTAL

## PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

| TO RECIPIENTS LISTED BELOW: | TELECOPY NUMBER: | TELEPHONE NUMBER: |
|---|---|---|
| 1. Deutsche Bank Maritime Unit | 646-502-4225 | |
| 2. Robin Monaco/ Bank of NY Mellon | 212-693-5041 | |
| 3. Kathy Wilson-Banco Popular | 847-994-5449 | |
| 4 Patricia McElveen/ ABN Ambro | 212-409-7303 | |
| 5 Teresa Goldberg/JP Morgan Chase | 917-464-8069 | |
| 6. John Cyna/HSBC | 212-382-7593 | |
| 7. Bank of China - Maritime Attachments | 212-832-5953 | |

**FROM:**     Jeanne-Marie Van Hemmen, Esq.          **CLIENT/MATTER:**    KTB Oil

**DATE:**     **April 9, 2008**                                          **PAGES (including cover): __12__**

**RE:**     <u>Maritime Attachment</u>

Please see attached.



---

## IF YOU HAVE NOT PROPERLY RECEIVED THIS TELEFAX
## PLEASE CALL US AT (732) 530-4646

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR IS THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 04/09/2008 07:27
                                    NAME : BVGK
                                    FAX  : 7325309536
                                    TEL  : 7325304646
```

```
        DATE,TIME              04/09  07:25
        FAX NO./NAME           19174648069
        DURATION               00:02:24
        PAGE(S)                11
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

## Jean Marie Van Hemmen

| | |
|---|---|
| **From:** | Jean Marie Van Hemmen |
| **Sent:** | Wednesday, April 30, 2008 8:48 AM |
| **To:** | 'john.bardakjy@sgcib.com'; 'reisert@navlaw.com'; 'legal.service@us.standardchartered.com'; 'jennifer.paley@ubs.com'; 'Joel M. Miller'; 'lpiechocki@mw-law.com'; 'nmorton@btmna.com'; 'yroman@us.mufg.jp'; 'yholland@us.mufg.jp'; 'mcalderaro@us.mufg.jp'; 'joneill@cbkna.com'; 'Mary.B.Mihalik@citi.com'; 'Rodd.Corner@citi.com'; 'pmag@zeklaw.com'; 'pmag@americas.bnpparibas.com'; 'maritime.attachments@wachovia.com'; 'patricia.mceleveen@abnamro.com' |
| **Subject:** | RE: KTB v. Oram Tanker Ltd., 08 Cv 00584 |

Ladies and Gentlemen,

   Please find attached an order and Process of Maritime Attachment and Garnishment in the referenced matter. Please call if you have any questions.

Regards,

Jeanne-Marie Van Hemmen



7/18/2008

## Jean Marie Van Hemmen

**From:**  Jean Marie Van Hemmen

**Sent:**  Thursday, June 12, 2008 8:42 AM

**To:**  'Maritime.Attachments@sgcib.com'; 'reisert@navlaw.com';
'legal.service@us.standardchartered.com'; 'jennifer.paley@ubs.com'; 'Joel M. Miller';
'lpiechocki@mw-law.com'; 'nmorton@btmna.com'; 'yroman@us.mufg.jp'; 'yholland@us.mufg.jp';
'mcalderaro@us.mufg.jp'; 'joneill@cbkna.com'; 'Mary.B.Mihalik@citi.com'; 'Rodd.Corner@citi.com';
'pmag@zeklaw.com'; 'pmag@americas.bnpparibas.com'; 'maritime.attachments@wachovia.com';
'patricia.mceleveen@abnamro.com'

**Subject:** RE: KTB v. Oram Tanker Ltd., 08 Cv 00584

Ladies and Gentlemen,

Please find attached an order and Process of Maritime Attachment and Garnishment in the referenced matter. Please call if you have any questions.

Regards,

Jeanne-Marie Van Hemmen



_Ex. J._

7/18/2008

## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 842051085811 | **Reference** | KTB OIL |
| **Signed for by** | .PARK YOO MI | **Destination** | CHONGRO KU KR |
| **Ship date** | Jan 30, 2008 | **Service type** | International Priority |
| **Delivery date** | Feb 4, 2008 5:02 PM | | Service |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Feb 4, 2008** | 5:02 PM | **Delivered** | CHONGRO KU KR | |

[ Signature proof ]    [ Track more shipments/o ]

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

**Your name:**

**Your e-mail address:**

**To e-mail address(es):**

Not available for non-English chara

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>



EX. K

FedEx Express                    U.S. Mail. PO Box 727              Telephone 901-369-3600
Customer Support                 Memphis, TN 38194-4643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



July 07, 2008

CAROL HAIMOWITC
(732) 530-9536

Dear CAROL HAIMOWITC:

Our records reflect the following delivery information for the shipment with the tracking number
842051085811.

Delivery Information:

  Signed For By:    .PARK YOO MI

  Delivered to:    LEEMA BLDG 8F

  Delivery Date:    February 04, 2008

  Delivery Time:    05:02 PM

            Shipping Information:

Shipment Reference Information: KTE OIL

  Tracking No:    842051085811          Ship Date:    January 30, 2008

    Shipper:    J VAN HEMMEN          Recipient:    ORAM TANKER
          BETANCRT VANHEMMEN                ORAM TANKER LTD
          GRECO KENYON                      LEEMA BLDG 10 FLOOR
          114 MAPLE AVE                     146-1 SUSONG DONG
          RED BANK, NJ 07701-716            CHONGRO KU, 110755
          US                                KR

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20080707005037429883

This Information is provided subject to the FedEx Service Guide.