BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC
Attorneys for Plaintiff
46 Trinity Place
New York, New York 10006
(212) 297-0050
Jeanne-Marie Van Hemmen ( JV 6414 )

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KTB OIL CORPORATION                               08 Civ. 00584 (LAP)

       Plaintiff,

       -against-

ORAM TANKER Ltd. and

ORAM MARINE Co. Ltd.

       Defendants.
_____X

## **REQUEST FOR ENTRY OF DEFAULT**

Dear Clerk:

      Please enter default against defendant Oram Tanker Ltd. for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.  This request is made pursuant to Fed. R. Civ. P. 55(a) and is supported by the accompanying Attorney's Affidavit in Support of Default.

Dated: July 23, 2008

                _____/s/_____
                Jeanne-Marie D. Van Hemmen (JV-6414)
                Attorneys for Plaintiff
                Betancourt, Van Hemmen, Greco & Kenyon LLC
                46 Trinity Place.
                New York, NY 10006
                (212) 297-0050