# Holland+Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

August 5, 2008

Michael J. Frevola
212 513 3516
Michael.frevola@hklaw.com

**RECEIVED**
AUG - 6 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/8

**BY HAND**

The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Room 1320
New York, New York 10007

Re: KTB Oil Corp. v. Oram Tanker Ltd. et al.
08 Civ. 00584 (LAP)

Honorable Madam:

We are counsel for BNP Paribas (Suisse) S.A. ("BNP Suisse") in the referenced matter. We refer to our previous letters to the Court last week and write to advise that BNP Suisse no longer requires the requested conference and no longer intends to file a motion to vacate attachment pursuant to Rule E(4)(f) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

BNP Suisse no longer requires this relief because Korean Exchange Bank ("KEB") has cancelled the wire instruction from BNP Suisse and has withdrawn the credit previously given to the account of one of the defendants, thus negating the possibility raised in previous correspondence that BNP Suisse could be held liable to KEB.

We thank Your Honor for her attention to this matter. Should chambers have any questions, the undersigned may be reached at his direct line (provided above).

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *Michael J. Frevola* MJF
Michael J. Frevola

MJF:mf

cc: **VIA E-MAIL**

Jeanne-Marie D. Van Hemmen, Esq.
Betancourt, Van Hemmen, Greco & Kenyon

James D. Kleiner, Esq.
Hill, Betts & Nash LLP

Richard J. Reisert, Esq.
Clark, Atcheson & Reisert

# 5521507_v1

So ordered
Loretta A Preska
USDJ
August 7, 2008